IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBBIE L. EDWARDS**, | : | CIVIL ACTION NO. 4:10-CV-126 |
| Plaintiff | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **MICHAEL J. ASTRUE**, | : | |
| **Commissioner of Social Security**, | : | |
| Defendant | | |

# **ORDER**

On Motion of Plaintiff for attorney's fees pursuant to § 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1), and there being no objection by counsel for the Defendant, it is hereby

**O R D E R E D**

as follows:

1. The Court authorizes a payment in the amount of $20,747.50, in attorney's fees being withheld from Plaintiff's past-due benefits for court related services;

2. Upon receipt of this sum, Plaintiff's counsel shall remit $4,000 directly to Plaintiff, representing the sum already paid to Plaintiff's counsel on Plaintiff's behalf pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

ENTERED this 23rd day of May, 2012.

BY THE COURT:

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge